IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESIDORIO SANCHEZ-SOLORZANO,<br><br>Defendant. | Case No. 1:11-CR-00449 AWI<br><br>ORDER ON MOTION FOR SUBSTITUTION OF ATTORNEY |

AFTER REVIEW OF THE MOTION OF ARTURO HERNANDEZ-M., AND FOR GOOD CAUSE SHOWN, TO SUBSTITUTE AS COUNSEL FOR DEFENDANT DESIDORIO SANCHEZ-SOLORZANO, SAID MOTION IS HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   January 4, 2012                         _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

1