IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) ) | Case No. 1:11-CR-00449 AWI |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER ON MOTION FOR SUBSTITUTION OF ATTORNEY |
| DESIDORIO SANCHEZ-SOLORZANO, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

AFTER REVIEW OF THE MOTION OF ARTURO HERNANDEZ-M., AND FOR GOOD CAUSE SHOWN, TO SUBSTITUTE AS COUNSEL FOR DEFENDANT DESIDORIO SANCHEZ-SOLORZANO, SAID MOTION IS HEREBY GRANTED.

IT IS SO ORDERED.

Dated:    January 4, 2012                    _____

CHIEF UNITED STATES DISTRICT JUDGE