1
ARTURO HERNANDEZ-M, Attorney at Law
15 South 34th St.
2
San Jose, California  95116
Phone  (408) 729-5785
3
Fax      (408) 729-0167
California Bar No. 108980
4
Email: artlawoff@aol.com

5
Attorney for Defendant Desidorio Sanchez Solorzano

6                      IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8                                  FRESNO DIVISION

9   THE UNITED STATES OF AMERICA,          )   Case No. 1:11-cr-00449-AWI
                                            )
10                                          )
                              Plaintiff,    )
11                                          )   ORDER AND
    vs.                                     )   STIPULATION EXCLUDING TIME
12                                          )   FROM FEBRUARY 2, 2012, TO
    DESIDORIO SANCHEZ SOLORZANO,            )   APRIL 4, 2012, FROMTHE SPEEDY
13  JOSE ANTONIO SANCHEZ REYES and          )   TRIAL ACT CALCULATOIN (18
    ELIODORO CERRATO MARTINEZ,              )   U.S.C. § 3161(h)(7)(A)
14                                          )
                              Defendants.   )
15                                          )
                                            )
16  _____)

17         On February 13, 2012, the parties appeared before the Court for a status conference. At

18  the status conference, defense counsel requested additional time to review discovery in the case.

19  The Court set the matter for a status conference on April 9, 2012.

20
21         With the agreement of the parties, and with the consent of the defendants, the Court

22  enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §

23  3161 from February 13, 2012, through April 9, 2012.

24         The parties agree, and the Court finds and holds, as follows:

25         1.   The defendants agree to an exclusion of time under the Speedy Trial Act from

26              February 13, 2012, through April 9, 2012, based upon the need for effective

27              preparation of counsel to provide the defendants an opportunity to continue discovery

28

                                                1

review.   The defendants agree to this exclusion on the condition that their right to bring motions claiming Speedy Trial violations prior to February 13, 2012, shall remain preserved.

2. Counsel for defense believe that the exclusion of time is in their respective clients' best interest.

3. Given these circumstances, the Court finds that the ends f justice served by excluding the period from February 13, 2012, through April 9, 2012, outweigh the best interest of the public and defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of he defendants, the Court orders that the period from February 13, 2012, through April 9, 2012, shall be excluded from Speedy Trial Act calculations § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED:

DATED: March 6, 2012                              _____/s/_____
                                                  ARTURO HERNANDEZ-M.
                                                  Attorney for Defendant
                                                  Desidorio Sanchez Solorzano

DATED: March 6, 2012
                                                  _____/s/_____
                                                  CURTIS V. RODRIGUEZ
                                                  Attorney for Defendant
                                                  Jose Antonio Sanchez Reyes

DATED: March 6, 2012
                                                  _____/s/_____
                                                  MILTON F. GONZALEZ
                                                  Attorney for Defendant

DATED: 6, 2012
                                                  _____/s/_____
                                                  KATHLEEN ANNE SERVATIUS
                                                  Assistant United States Attorney

1

## ORDER

2

3

4    IT IS SO ORDERED.

5    Dated:   March 14, 2012

6                                                          CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28