MARC N. KAPETAN, #158322
**KAPETAN BROTHERS**
1236 "M" Street
Fresno, CA  93721-1806
Telephone:  (559) 498-0800
Fax:  (559) 498-3784
Email:  marc@kapetanbrothers.com

Attorneys for:  OMAR HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESIDORIO SANCHEZ SOLORZANO,<br>JOSE ANTONIO SANCHEZ REYES,<br>ELIODORO CERRATO MARTINEZ,<br>OMAR HERNANDEZ,<br>CARLOS GIOVANNI BAEZ ROSA and<br>ENRIQUE ZARATE<br><br>Defendant. | Case No.  1:11-cr-00449-AWI<br><br>**STIPULATION AND ORDER EXCLUDING TIME FROM APRIL 9, 2012, TO MAY 14, 2012, FROM THE SPEEDY TRIAL ACT CALCULATION**<br>[18 U.S.C. § 3161(h)(7)(A)] |

On April 9, 2012, the parties appeared before the Court for a status conference, at which time, this Counsel was not present.  Co-counsel made a special appearance for Counsel. The Court set the matter for a status conference on May 14, 2012, at the hour of 1:00 p.m.,  and with the agreement of all parties present, and with the consent of all defendants, the Court enter an order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161 from April 9, 2012, through May 14, 2012.

The Court, thereafter, order Counsel for Defendant, OMAR HERNANDEZ [who was then present] to prepare and file this proposed Order memorializing Defendant's exclusion of

time. Pursuant to that order, Defendant OMAR HERNANDEZ agrees and the Court finds and holds, as follows:

1) Defendant agrees to an exclusion of time under the Speedy Trial Act from April 9, 2012, through May 14, 2012, based upon the need for effective preparation of counsel to provide the defendants an opportunity to continue discovery review. Defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial violations prior to April 9, 2012, shall remain preserved.

2) Counsel for Defendant believes that the exclusion of time is in his clients' best interest.

3) Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 9, 2012, through May 14, 2012 outweigh the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4) Accordingly, and with the consent of Defendant, OMAR HERNANDEZ, the Court orders that the period from April 9, 2012, through May 14, 2012, shall be excluded from Speedy Trial Act calculations § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED:**

DATED: April 9, 2012                    /s/
                                        MARC N. KAPETAN
                                        Attorney for Defendant
                                        Omar Hernandez


DATED: April 9, 2012                    /s/
                                        KATHLEEN ANNE SERVATIUS
                                        Assistant United States Attorney

**IT IS SO ORDERED:**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 9, 2012 to, and including,

//

//

1  May 14, 2012, based upon the Court's finding that the ends of justice outweigh the public's
2  and defendant's interest in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
3  IT IS SO ORDERED.

    Dated:   **April 9, 2012**                             /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE