BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-449 AWI DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME FROM MAY 14, 2012, TO JUNE 11, |
| v. ) | 2012, FROM THE SPEEDY TRIAL ACT |
| ) | CALCULATION |
| DESIDORO SANCHEZ SOLORZANO, et. ) | [18 U.S.C. § 3161(h)(7)(B)(iv)] |
| al., ) | |
| ) | |
| Defendants. ) | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, hereby stipulate and agree that the status conference in this case, previously scheduled for May 14, 2012 at 1:00 p.m., be continued until June 11, 2012, at 1:00 p.m. before the Honorable Dennis L. Beck and good cause appearing therefore.

    The reason for this request is the parties' need for further investigation, discovery, and plea negotiations. The parties have agreed that the requested date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and the need for preparation in the case and further investigation, and that time shall be excluded to and through the date of the status conference in that failure to grant the requested continuance would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants

1

1  and the government the reasonable time necessary for effective preparation, taking into account the
2  parties' due diligence in prosecuting this case and that, based on the reasons articulated, that the
3  continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy
4  trial under the Speedy Trial Act 18 U.S.C. § 3161(h)(7)(B)(iv) .

6  DATED:  May 10, 2012                      BENJAMIN B. WAGNER
                                             United States Attorney

                                             By /s/ Kathleen A. Servatius
8                                            KATHLEEN A. SERVATIUS
                                             Assistant U.S. Attorney

10  DATED: May 10, 2012                      /s/ Arturo Hernandez
                                             Attorney for Desidoro Sanchez Solorzano

12  DATED: May 10, 2012                      /s/ Jeffrey Tyson Hammerschmidt
                                             Attorney for Enrique Zarate

14  DATED: May 10, 2012                      /s/ Marc Nicholas Kapetan
                                             Attorney for Omar Hernandez

16  DATED: May 10, 2012                      /s/ Milton F. Gonzalez
                                             Attorney for Eliodoro Cerrato Martinez

18  DATED: May 10, 2012                      /s/ Curtis Victor Rodriguez
                                             Attorney for Jose Antonio Sanchez Reyes

20  DATED: May 10, 2012                      /s/ Marina Gonzales
                                             Attorney for Carlos Giovanni Baez Rosa

22      For the reasons set forth above, the continuance requested by the parties is granted for good
23  cause and time is excluded under the Speedy Trial Act from May 14, 2011 to, and including, June
24  11, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the
25  defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).
26      IT IS SO ORDERED.
27      Dated:   **May 10, 2012**              **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE
28