UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:11-cr-0449 AWI |
|---|---|
| Plaintiff, | **ORDER DIRECTING DEFENDANT'S ATTORNEY, ARTURO HERNANDEZ, TO SHOW CAUSE FOR FAILURE TO APPEAR** |
| v. | |
| DESIDORO SANCHEZ SOLORZANO, | |
| Defendant. | |

On June 24, 2013, a status conference in the above captioned case was scheduled to be held in Courtroom 2 of the District Court in Fresno, California. Defendant's attorney, Arturo Hernandez, was not present and no other attorney was identified as having been asked by Mr. Hernandez to appear on his behalf. The court has not received any information regarding the reason for Mr. Hernandez's absence. An attorney may be sanctioned under the court's inherent power if the conduct is found to be in bad faith. A finding of bad faith may be appropriate when, among other things, an attorney engages in behavior that has the effect of delaying or disrupting the litigation. See, Mendez v. County of San Bernardino, 540 F.3d 1109, 1131-1132 (9th Cir. 2008). In this case, defendant is in custody, and the status conference was a critical stage of the proceedings.

THEREFORE, it is hereby ORDERED that Arturo Hernandez be personally present at the further status conference scheduled for this case to be held on Monday, July 8, 2013, at 10:00 a.m. in Courtroom 2 to address the reason for his absence and to address such other matters as may pertain to this case.

IT IS FURTHER ORDERED that Arturo Hernandez submit, in writing, by July 2, 2013, any explanation for the reason, if any, for his absence from court on June 24, 2013.

IT IS SO ORDERED.

Dated: June 26, 2013

_____
SENIOR DISTRICT JUDGE