LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California   95116
Phone: (408) 729-5785
Fax: (408) 729-0167
State Bar No. 108980

Attorney for Defendant DESIDORO SANCHEZ SOLORZANO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00449-AWI-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| DESIDORO SANCHEZ SOLORZANO, | |
| Defendant, | |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD,

KATHLEEN SERVATIUS, A.U.S.A.; ALL COUNSEL ENTITLED TO RECEIVE

NOTICE; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE,

PRESIDIING IN SAID COURT:

**IT IS HEREBY STIPULATED** by and between the parties hereto through

their respective counsel, Kathleen Servatius, Assistant U.S. Attorney, attorney for

plaintiff, and Arturo Hernandez-M., attorney for defendant Desidoro Sanchez

Solorzano, that the previously scheduled judgment and sentencing date of November

17, 2014, at 10:00 a.m. be vacated and the matter be reset for December 1, 2014, at

10:00 a.m.

This request is made jointly by the government and defense in order to permit

time for continued preparation, which is currently in progress to complete all facets of

readiness for settlement or trial of this case.   The parties agree that the interests of

justice served by granting this continuance outweigh the best interests of the public and

the defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(A).   Further, the parties agree

that time within which the trial of this case must be commenced under the Speedy Trial

Act should therefore be excluded from November 17, 2014,   up to and including

December 1, 2014 under 18 U.S.C. § 3161(h)(7)(A).

                                                    Respectfully submitted,

Date:  November 10, 2014        /s/ Kathleen Servatius
                                        KATHLEEN SERVATIUS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff U.S.A.

Date:  November 10, 2014        /s/ Arturo Hernandez
                                        ARTURO HERNANDEZ
                                        Attorney for Defendant
                                        Desidoro Sanchez Solorzano

///
///
///
///
///
///
///
///
///

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from November 17, 2014, up to and including December 1, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).  It is further ordered that the November 17, 2014, judgment and sentencing hearing shall be continued until December 1, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   November 13, 2014             _____
                                         SENIOR   DISTRICT   JUDGE