1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,

12

Plaintiff,

13

v.

14

DESIDORO SANCHEZ SOLORZANO,

15

Defendant.

Case No.: 1:11-cr-00449-AWI-BAM-1

**ORDER RE PRO SE
SENTENCE REDUCTION MOTION
(Doc. 171)**

16

17

       Defendant has filed a pro se motion to reduce sentence pursuant to Title 18, United States

18

Code, Section 3582(c)(2) ("Section 3582 Motion"). Pursuant to Eastern District of California

19

General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent

20

Defendant in this matter. The FDO shall have 90 days from the filing date of this Order to file a

21

supplement to Defendant's pro se Section 3582 Motion <u>or</u> to notify the Court that it does not

22

intend to file a supplement to the motion. Thereafter, the government shall have 30 days from the

23

date of the FDO's filing to file a response to Defendant's Section 3582 Motion.

24

IT IS SO ORDERED.

25

Dated:   October 1, 2015   _____

26

SENIOR  DISTRICT  JUDGE

27

28