Case 1:11-cr-00449-DAD-BAM   Document 178   Filed 01/25/16   Page 1 of 1

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

|  |  |
|---|---|
| United States of America<br>v.<br>DESIDORO SANCHEZ SOLORZANO | )<br>)<br>)<br>) |
|  | ) |

Case No: 1:11CR00449-001

USM No: 68109-097

Date of Original Judgment: 01/26/2015

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

Pro Se

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED.  ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/29/2015   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   01/25/2016

/s/ DALE A. DROZD

*Judge's signature*

Effective Date: _____

*(if different from order date)*

Honorable Dale A. Drozd, U.S. District Judge

*Printed name and title*